In the Matter of the Claim of MAE WINKLER, Respondent, against SHERIFF OF QUEENS COUNTY, Employer, Respondent, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award made to Queens county deputy sheriff against the State of New York. The award should be affirmed under

the authority of *Matter of Miller* v. *State of New York* (253 App. Div. 182). Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.